STATE V. WHITEHEAD

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**STATE OF NEW MEXICO,**
**Plaintiff-Appellee,**
**v.**
**WILLIAM WHITEHEAD,**
**Defendant-Appellant.**

Docket No. A-1-CA-37425
COURT OF APPEALS OF NEW MEXICO
April 29, 2019

APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY, Drew D. Tatum, District Judge

**COUNSEL**

Hector H. Balderas, Attorney General, Eran S. Sharon, Assistant Attorney General, Santa Fe, NM for Appellee

Bennett J. Baur, Chief Public Defender, Santa Fe, NM, Steven James Forsberg, Assistant Appellate Defender, Albuquerque, NM for Appellant.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR: M. MONICA ZAMORA, Chief Judge, JENNIFER L. ATTREP, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** William Whitehead (Defendant) appeals from his sentencing as a five-time driving while intoxicated (DWI) offender. On appeal, Defendant argued that the district court erred in enhancing his sentence as a five-time offender, where the evidence that the State presented to establish Defendant's identity for two of the prior convictions was insufficient, because the only evidence that contained specific identifiers linking

Defendant to those priors was an inadmissible printout from an unidentified source. This Court issued a notice of proposed disposition, proposing to reverse. In response, the State has filed a notice of its intent not to file a memorandum in opposition to our notice of proposed disposition.

**{2}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition and we reverse the sentence imposed and remand for sentencing consistent with this Court's notice of proposed disposition.

**{3}   IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**M. MONICA ZAMORA, Chief Judge**

**JENNIFER L. ATTREP, Judge**